FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0378

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0378

STATE OF MONTANA,

>Plaintiff and Appellee,

v.

KEITH CHARLES BAYLOR,

>Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 3, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 20 2020